## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Marcus Kwamena Benson,

        Petitioner,

Case No. 15-cv-2334 (MJD/SER)

v.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Denese Wilson,

        Respondent.

---

This matter comes before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings, **IT IS HEREBY ORDERED** that Marcus Kwamena Benson's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] and this action be **DISMISSED without prejudice** as described in the Report and Recommendation.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 17, 2016

        s/ Michael J. Davis
        Michael J. Davis
        United States District Judge